IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** Plaintiff, v. **KAMI ELOIS POWER,** Defendant. | CR NO: 2:25-mj-0004 SCR |

## APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus

☒ Ad Prosequendum     ☐ Ad Testificandum

Name of Detainee: Kami Elois Power, Offender ID No. 1285844
Detained at: Jean Conservation Camp Nevada Department of Corrections
Detainee is: a.) ☒ charged in this district by: ☐ Indictment ☐ Information ☒ Complaint
charging detainee with: 18 U.S.C. § 1344 – Bank Fraud

or b.) ☐ a witness not otherwise available by ordinary process of the Court

Detainee will: a.) ☐ return to the custody of detaining facility upon termination of proceedings
or b.) ☒ be retained in federal custody until final disposition of federal charges, as a sentence is currently being served at the detaining facility

*As soon as practicable in the Eastern District of California.*

Signature: /s/ Whitnee Goins
Printed Name & Phone No: Assistant U.S. Attorney Whitnee Goins – 916-554-2742
Attorney of Record for: United States of America

## WRIT OF HABEAS CORPUS

☒ Ad Prosequendum     ☐ Ad Testificandum

The above application is granted and the above-named custodian, as well as any Federal Agent for this district, is hereby ORDERED to produce the named detainee, as soon as practicable, for arraignment on the Complaint and prosecution in the above-captioned case in the Eastern District of California.

Dated: January 8, 2025            /s/ Sean C. Riordan
                                  Honorable Sean C. Riordan
                                  U.S. MAGISTRATE JUDGE

Please provide the following, if known:

| | | | |
|---|---|---|---|
| AKA(s) (if | | ☐ Male | ☒ Female |
| Booking or CDC #: | 210169 | DOB: | 04/04/1970 |
| Facility Address: | 3 Prison Rd, Jean, NV 89019 | Race: | White |
| Facility Phone: | (725) 216-6000 | FBI#: | A25827943 |
| Currently | Jean Conservation Camp NDOC | | |

## RETURN OF SERVICE

Executed on: _____

                         (signature)