```
FILED
February 13, 2025
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
```

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>       Plaintiff,<br><br>    v.<br><br>KAMI ELOIS POWER,<br><br>       Defendant. | Case No. 2:25-cr-00010-DC<br><br>**ORDER FOR RELEASE OF PERSON IN CUSTODY** |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release  KAMI ELOIS POWER, Case No. 2:25-cr-00010-DC , Charge 18 U.S.C. § 1343, from custody for the following reasons:

   x   Release on Personal Recognizance

       Bail Posted in the Sum of $

            Unsecured Appearance Bond $

            Appearance Bond with 10% Deposit

            Appearance Bond with Surety

            Corporate Surety Bail Bond

   x   (Other): Remain released with terms as stated on the record and must directly report to the Pretrial Services Office on 501 I Street, 2nd Floor, Suite 2-400, Sacramento, CA 95814 after today's hearing.

Issued at Sacramento, California on February 13, 2025, at 2:20 PM.

By: *[signature]*

Magistrate Judge Sean C. Riordan