1  MICHELE BECKWITH
   Acting United States Attorney
2  ELLIOT C. WONG
   WHITNEE GOINS
3  Assistant United States Attorneys
   501 I Street, Suite 10-100
4  Sacramento, CA 95814
   Telephone: (916) 554-2700
5  Facsimile: (916) 554-2900

6  Attorneys for Plaintiff
   United States of America
7

8                        IN THE UNITED STATES DISTRICT COURT
9                           EASTERN DISTRICT OF CALIFORNIA
10

11 | UNITED STATES OF AMERICA, | CASE NO. 2:25-CR-00010 DC
12 |                Plaintiff,    | STIPULATION AND ORDER TO CONTINUE
                                    STATUS CONFERENCE AND EXCLUDE TIME
13 |         v.                   |
                                    DATE: April 18, 2025
14 | KAMI ELOIS POWER,            | TIME: 9:30 a.m.
15 |                Defendant.    | COURT: Hon. Dena Coggins
16

17

18      IT IS HEREBY STIPULATED by and between Michele Beckwith, Acting United States
19 Attorney, through Assistant United States Attorneys Elliot C. Wong and Whitnee Goins, attorneys for
20 Plaintiff and Federal Defender Heather E. Williams through Assistant Federal Defender Douglas
21 Beevers, attorney for Kami Elois Power that the status conference, currently scheduled for April 18,
22 2025, be continued to June 20, 2025 at 9:30 a.m.
23      The government recently provided defense counsel with a proposed plea agreement. Defense
24 counsel will need additional time to review the plea agreement with his client, conduct pretrial
25 investigation, review discovery, identify and interview witnesses, obtain pertinent records, and finalize
26 any further pre-plea negotiations. The requested continuance will allow for the time necessary for the
27 defense to conduct its investigation and for the defendant to determine how best to proceed in this case.
28 ///

STIPULATION AND ORDER TO CONTINUE STATUS
CONFERENCE                                                  1

Accordingly, the parties request that the status conference in this matter be reset for June 20, 2025. The parties agree that the ends of justice served by resetting the status conference date outweigh the best interest of the public and the defendant in a speedy trial. Therefore, the parties agree that time is excludable from April 18, 2025 through June 20, 2025, pursuant to 18 U.S.C. § 3161(h)(7)(A), (B)(iv) (Local Code T4).

Dated: March 20, 2025

MICHELE BECKWITH
Acting United States Attorney

/s/ WHITNEE GOINS
ELLIOT C. WONG
WHITNEE GOINS
Assistant United States Attorneys

Dated: March 20, 2025

/s/ DOUGLAS BEEVERS
DOUGLAS BEEVERS
Counsel for Defendant
KAMI ELOIS POWER

**O R D E R**

IT IS HEREBY ORDERED that the status conference scheduled for April 18, 2025, at 9:30 a.m. is continued to June 20, 2025, at 9:30 a.m. in Courtroom 8 before the Honorable Dena M. Coggins. The time period between April 18, 2025 and June 20, 2025, is excluded under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(i) and (iv), as the ends of justice served by granting the continuance outweigh the best interest of the public and the defendant in a speedy trial.

IT IS SO ORDERED.

Dated: **March 21, 2025**

Dena Coggins
United States District Judge