1  MICHELE BECKWITH
   Acting United States Attorney
2  ELLIOT C. WONG
   WHITNEE GOINS
3  Assistant United States Attorneys
   501 I Street, Suite 10-100
4  Sacramento, CA 95814
   Telephone: (916) 554-2700
5  Facsimile:  (916) 554-2900

6  Attorneys for Plaintiff
   United States of America
7

8                IN THE UNITED STATES DISTRICT COURT

9                  EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,              CASE NO. 2:25-CR-00010 DC

12              Plaintiff,                STIPULATION AND [PROPOSED] ORDER TO
                                          CONTINUE STATUS CONFERENCE AND
13        v.                              EXCLUDE TIME

14                                        DATE: June 20, 2025
   KAMI ELOIS POWER,                      TIME: 9:30 a.m.
15                                        COURT: Hon. Dena Coggins
                Defendant.
16

17

18       IT IS HEREBY STIPULATED by and between Michele Beckwith, Acting United States

19 Attorney, through Assistant United States Attorneys Elliot C. Wong and Whitnee Goins, attorneys for

20 Plaintiff and Federal Defender Heather E. Williams through Assistant Federal Defender Douglas

21 Beevers, attorney for Kami Elois Power that the status conference, currently scheduled for June 20,

22 2025, be continued to August 29, 2025 at 9:30 a.m.

23       The government provided defense counsel with a proposed plea agreement. Defense counsel

24 will need additional time to review the plea agreement with his client, conduct pretrial investigation,

25 review discovery, identify and interview witnesses, obtain pertinent records, and finalize any further pre-

26 plea negotiations. The requested continuance will allow for the time necessary for the defense to

27 conduct its investigation and for the defendant to determine how best to proceed in this case.

28 Additionally, this Court has a scheduling conflict and is no longer available for the scheduled June 20,

2025 status conference.

Accordingly, the parties request that the status conference in this matter be reset for August 29, 2025.  The parties agree that the ends of justice served by resetting the status conference date outweigh the best interest of the public and the defendant in a speedy trial.  Therefore, the parties agree that time is excludable from June 20, 2025 through August 29, 2025, pursuant to 18 U.S.C. § 3161(h)(7)(A), (B)(iv) (Local Code T4).

| Dated:  May 15, 2025 | MICHELE BECKWITH<br>Acting United States Attorney |
|---|---|
| | /s/ WHITNEE GOINS<br>ELLIOT C. WONG<br>WHITNEE GOINS<br>Assistant United States Attorney |
| Dated:  May 15, 2025 | /s/ DOUGLAS BEEVERS<br>DOUGLAS BEEVERS<br>Counsel for Defendant<br>KAMI ELOIS POWER |

STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE

2

# **O R D E R**

The court, having received, read and considered the parties' stipulation and good cause appearing therefrom, ADOPTS the parties' stipulation. Accordingly, the Status Conference scheduled for June 20, 2025, at 9:30 a.m. is VACATED and RESET for August 29, 2025, at 9:30 a.m. in Courtroom 8 before the Honorable Dena M. Coggins. The time period between June 20, 2025, and August 29, 2025, inclusive, is excluded under the Speedy Trial Act pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4], as the ends of justice served by granting the continuance outweigh the best interest of the public and the defendants in a speedy trial.

IT IS SO ORDERED.

Dated:   **May 19, 2025**

Dena Coggins
United States District Judge