HEATHER E. WILLIAMS, #122664
Federal Defender
DOUGLAS J. BEEVERS, # 288639
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA  95814
Telephone: (916) 498-5700

Attorney for Defendant
KAMI ELOIS POWER

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.  2:25-cr-00010-DC-1 |
| Plaintiff, | AMENDED STIPULATION AND [PROPOSED] ORDER TO CONTINUE STATUS CONFERENCE |
| v. | |
| KAMI ELOIS POWER, | Judge: Hon. Dena M. Coggins |
| Defendants. | |

IT IS HEREBY STIPULATED by and between Eric Grant, United States Attorney, through Elliot Wong, Assistant United States Attorney, attorney for Plaintiff, Heather Williams, Federal Defender, through Assistant Federal Defender Douglas J. Beevers, attorneys for KAMI ELOIS POWER, that the status conference scheduled for August 29, 2025, at 9:30 a.m., be vacated and the matter continued to September 19, 2025, at 9:30 a.m.

Counsel request the additional time on the following grounds (1) defense needs to interview at least 4 impeachment witnesses in Nevada, (2) the 11,439 pages of discovery are covered by a protective order and must be reviewed in the presence of counsel, (3) defendant resides in Nevada and, (4) the parties have arranged for the defendant to attend the first week in September a "reverse proffer"  which is an exceptionally open discovery meeting where the Government presents its best trial evidence in an organized format.

For the purpose of computing time under 18 U.S.C. § 3161 et seq. (Speedy Trial Act), the parties request that the time period between August 29, 2025 and September 19, 2025, inclusive,

Stipulation and ~~Proposed~~ Order                    -1-

be deemed excludable pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv) (Local Code T4), because it would result from a continuance granted by the Court at the defense's request, based on a finding that the ends of justice served by granting the continuance outweighs the best interest of the public and Ms. Power in a speedy trial.

DATED: August 22, 2025

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

*/s/ Douglas J. Beevers*
DOUGLAS J. BEEVERS
Assistant Federal Defender
Attorney for KAMI ELOIS POWER

DATED: August 22, 2025

ERIC GRANT
United States Attorney

*/s/ Eliot Wong*
ELIOT WONG
Assistant United States Attorney
Attorney for Plaintiff

Stipulation and ~~Proposed~~ Order                -2-

**O R D E R**

The court, having received, read and considered the parties' amended stipulation and good cause appearing therefrom, APPROVES the parties' stipulation. Accordingly, the Status Conference scheduled for August 29, 2025, is VACATED and RESET for September 19, 2025, at 9:30 a.m. in Courtroom 10 before the Honorable Dena M. Coggins. The time period between August 29, 2025 and September 19, 2025, inclusive, is excluded under the Speedy Trial Act pursuant to 18 U.S.C.§ 3161(h)(7)(B)(iv) [Local Code T4], as the ends of justice served by granting the continuance outweigh the best interest of the public and the defendants in a speedy trial.

IT IS SO ORDERED.

Dated:   **August 22, 2025**

Dena Coggins
United States District Judge