ERIG GRANT
United States Attorney
ELLIOT WONG
DHRUV SHARMA
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:25-CR-00010 DC |
|---|---|
| Plaintiff, | STIPULATION AND [PROPOSED] ORDER TO SET PRE-TRIAL FILING DEADLINES |
| v. | TRIAL DATE: Nov. 10, 2025 |
| KAMI ELOIS POWER, | TIME: 9:30 a.m. |
| Defendant. | COURT: Hon. Dena Coggins |

STIPULATION AND ORDER

1

On September 19, 2025, the Court set a trial in this matter, to begin on November 10, 2025, and a trial confirmation hearing for October 29, 2025.

IT IS HEREBY STIPULATED by and between the United States, through Assistant United States Attorneys Elliot Wong and Dhruv Sharma, and attorney for defendant Kami Power, Assistant Federal Defender Douglas Beevers, to set the following pretrial deadlines:

- Motion(s) in limine, if any, shall be filed on or before October 17, 2025
- Opposition(s) to motions in limine shall be filed on or before October 24, 2025
- Expert disclosures on or before October 27, 2025
- Trial briefs, witness lists, exhibit lists, stipulations on facts or trial exhibits, proposed jury instructions, and verdict forms, if any, shall be filed on or before November 3, 2025.

Dated: September 29, 2025

ERIC GRANT
United States Attorney

/s/ ELLIOT WONG
ELLIOT WONG
DHRUV SHARMA
Assistant United States Attorneys

Dated: September 29, 2025

/s/ DOUGLAS BEEVERS
DOUGLAS BEEVERS
Counsel for Defendant
KAMI ELOIS POWER

STIPULATION AND ORDER

2

**O R D E R**

The court has received, read and considered the parties' stipulation proposing pretrial filing deadlines, and hereby ORDERS:

1. Motion(s) *in limine*, if any, shall be filed by October 15, 2025, and noticed for hearing on October 29, 2025 at 1:30 PM in Courtroom 10 before the Honorable Dena M. Coggins; opposition(s) to motions *in limine* shall be filed by October 22, 2025.

2. Expert disclosures are due October 27, 2025.

3. The Government shall, and the Defendant may, file a trial brief, *proposed* jury instructions, and a *proposed* verdict form by October 24, 2025.

4. The Government shall, and the Defendant may, file *proposed* voir dire, a statement of the case, exhibit list and witness list no later than November 3, 2025.

5. *Proposed* jury instructions, *proposed* voir dire, *proposed* verdict form(s), exhibit list(s) and witness list(s) shall also be emailed in a Microsoft Word version to dcorders@caed.uscourts.gov.

IT IS SO ORDERED.

Dated:   **September 30, 2025**

_____
Dena Coggins
United States District Judge

STIPULATION AND ORDER                              3