1 | ERIC GRANT
United States Attorney
2 | ELLIOT C. WONG
DHRUV M. SHAMRA
3 | Assistant U.S. Attorneys
501 I Street, Suite 10-100
4 | Sacramento, CA 95814
Telephone: (916) 554-2700
5 | Facsimile: (916) 554-2900

6

7 | Attorneys for Plaintiff
United States of America

8

9 | IN THE UNITED STATES DISTRICT COURT

10 | EASTERN DISTRICT OF CALIFORNIA

11

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:25-CR-00010-DC |
| Plaintiff, | STIPULATION TO HOLD ARRAIGNMENT VIA VIDEO TELECONFERENCING; [~~PROPOSED~~] ORDER |
| v. | |
| KAMI ELOIS POWER, | |
| Defendant. | |

## STIPULATION

Plaintiff United States of America, by and through its counsel of record, and Defendant Kami Power, by and through her counsel of record, hereby stipulate to hold the Defendant's arraignment on the superseding indictment, filed on October 31, 2025, as ECF No. 48, on November 6, 2025 via video teleconference pursuant to Fed. R. Crim P. 10(c).

a)   Defendant fully understands her rights under the Federal Rules of Criminal Procedure to have her arraignment conducted in open court in person. She knowingly, voluntarily, and intelligently consents to proceed with her arraignment via video teleconference pursuant to Fed. R. Crim. P. 10(c).

b)   Good cause exists to proceed with arraigning the Defendant on the superseding indictment via video teleconference because she does not live locally, and this matter is set for a

speedy trial on November 10, 2025.

      c)    The United States does not oppose proceeding to arraign the Defendant on the superseding indictment via video teleconference.

Dated: November 3, 2025

ERIC GRANT
United States Attorney

/s/ ELLIOT C. WONG
ELLIOT C. WONG
DHRUV M. SHARMA
Assistant U.S. Attorney

Dated: November 3, 2025

/s/ DOUGLAS BEEVERS
DOUGLAS BEEVERS
Counsel for Defendant

## [~~PROPOSED~~] ORDER

The Court having read and considered the parties' stipulation, and good cause appearing, approves to proceed with the Defendant's arraignment on the superseding indictment via video teleconference pursuant to Fed. R. Crim. P. 10(c). Arraignment will be set for November 6, 2025 at 2:00 p.m. via video teleconference.

DATED: November 3, 2025

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE