IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Petitioner - Appellee,<br><br>v.<br><br>KAMI ELOIS POWER,<br>Respondent - Appellant. | D.C. No. 2:25-cr-00010-DC-1<br><br>~~[PROPOSED]~~<br>ORDER GRANTING PARTIES' STIPULATION TO REDACT DEFENDANT'S SOCIAL SECURITY NUMBER FROM REPORTER'S TRANSCRIPT |

Pursuant to the stipulation by the parties filed on July 23, 2026 at Doc. No. 111, court reporter Kimberly Bennet, CSR No. 89, is hereby ORDERED to redact the defendant's social security number from the reporter's transcript of the proceedings held before this Court on November 10, 2025.

IT IS SO ORDERED.

Dated: **July 24, 2026**

Dena Coggins
United States District Judge